**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FLOR MARIA PONCE,

        Plaintiff,

v.                                                     Case No: 6:17-cv-1298-Orl-40TBS

SANTANDER CONSUMER USA,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed on July 14, 2017. The United States Magistrate Judge construed the application as a motion for leave to proceed *in forma pauperis* and submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 8, 2017 (Doc. 9), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. This case is **DISMISSED without further leave to amend.**

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 28, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties